# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129535 & (19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MATTHEW LORNE ALDER,
      Defendant-Appellant.

SC: 129535
COA: 260731
Macomb CC: 94-002369-FC

_____/

      On order of the Court, the application for leave to appeal the August 24, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is also considered, and it is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

s1219